Filed 7/8/26  P. v. Parras CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D087246 |
| Plaintiff and Respondent, | (Super. Ct. No. SCD300472) |
| v. | |
| ARMANDO MANUEL PARRAS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, David L. Berry, Judge.  Affirmed.

Jill Kent, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Armando Manual Parras entered into a plea agreement with a stipulated sentence.  Parras pleaded guilty to murder (Pen. Code,[1] § 187), assault with force likely to cause great bodily injury (§ 245, subd. (a)(4)), and

---

[1]     All further statutory references are to the Penal Code.

grand theft (§ 487, subd. (a)). Parras stipulated to a sentence of 15 years to life for murder plus a determinate term of two years eight months.

During the discussion of the plea agreement, the court and the prosecutor discussed the length of time Parras would possibly be on parole. The prosecutor argued the term would be three years. The court determined any parole period would be life. The court advised Parras the parole term would be life. Parras accepted that term.

The court sentenced Parras consistent with the plea agreement.

Parras filed a timely notice of appeal.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). We notified Parras he could file his own brief on appeal, but he has not responded to our notice.

## STATEMENT OF FACTS

The convictions in this case are based on a plea agreement. As a factual basis for the plea, Parras made the following statement:

"On August 30, 2023, I personally used a knife to stab and kill Joshua Goodman with malice aforethought but no premeditation or deliberation and when I acted, I did so with conscious disregard for human life. On August 21, 2023 I took the personal property of Ms. Cusano in excess of $950.00 and on December 22, 2023 I unlawfully assaulted Mr. Soto by means of force likely to produce great bodily injury."

## DISCUSSION

As we have noted, counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified two possible issues that were considered in evaluating the potential merits of this appeal:

Whether the court erred in advising appellant he would be subject to lifetime parole.

Whether the court erred in not awarding conduct credits for the determinate portion of the sentence.

We have independently reviewed the record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Parras in this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:

McCONNELL, P. J.

O'ROURKE, J.

---

* Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.